# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| BIOPARQUES DE OCCIDENTE, S.A. DE C.V.; AGRICOLA LA PRIMAVERA, S.A. DE C.V.; and KALIROY FRESH LLC, <br><br> Plaintiffs, <br><br> and <br><br> CONFEDERACION DE ASOCIACIONES AGRICOLAS DEL ESTADO DE SINALOA, A.C.; CONSEJO AGRICOLA DE BAJA CALIFORNIA, A.C.; ASOCIACION MEXICANA DE HORTICULTURA PROTEGIDA, A.C.; ASOCIACION DE PRODUCTORES DE HORTALIZAS DEL YAQUI Y MAYO; and SISTEMA PRODUCTO TOMATE, <br><br> Consolidated Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> THE FLORIDA TOMATO EXCHANGE, <br><br> Defendant-Intervenor. | Consol. Court No. 19-00204 |

### CONSOLIDATED PLAINTIFFS' AMENDED RULE 56.2 MOTION FOR JUDGMENT ON THE AGENCY RECORD

Pursuant to Rule 56.2 of this Court, Consolidated Plaintiffs Confederación de Asociaciones Agrícolas del Estado de Sinaloa, A.C., Consejo Agrícola de Baja California, A.C., Asociación Mexicana de Horticultura Protegida, A.C., Asociación de Productores de Hortalizas del Yaqui y Mayo, and Sistema Producto Tomate ("Consolidated Plaintiffs") hereby move for Judgment on

the Agency Record and for remand of the U.S. Department of Commerce's ("Commerce") final determination in *Fresh Tomatoes from Mexico: Final Determination of Sales at Less Than Fair Value*, 84 Fed. Reg. 57,401 (Dep't of Commerce Oct. 25, 2019) ("*Final Determination*"), and the accompanying Issues and Decision Memorandum. This Amended Motion amends the Motion for Judgement on the Agency Record filed by Consolidated Plaintiffs on December 20, 2022. *See* Consol. Court No. 19-00204, ECF 81 (Dec. 20, 2022). Consolidated Plaintiffs' Amended Motion is timely filed. *See* Consol. Court No. 19-00204, ECF 90 (setting May 30, 2023 as the deadline for amended Rule 56.2 motions).

In their Motion for Judgment on the Agency Record filed on December 20, 2022, Plaintiffs Bioparques de Occidente, S.A. de C.V., Agricola la Primavera, S.A. de C.V., and Kaliroy Fresh, LLC ("Plaintiffs") challenge various procedural errors made by Commerce in the investigation leading to the *Final Determination*, as well as various dumping margin calculation errors made by Commerce in the *Final Determination*. *See* Consol. Court No. 19-00204, ECF 82–83 (Dec. 20, 2022). Consolidated Plaintiffs understand that Plaintiffs will not file an amended motion, such that Plaintiffs' Motion filed on December 20, 2022 remains operative for merits briefing.

In this Amended Motion, as in their December 20, 2022 Motion, Consolidated Plaintiffs continue to take no position on the contentions raised in Sections B and C of the Argument section of Plaintiffs' Motion. However, as for the remaining claims and requests for relief raised by Plaintiffs in their Motion, Consolidated Plaintiffs hereby incorporate them by reference and adopt them in full.

For the reasons provided in Plaintiffs' Motion, Consolidated Plaintiffs move the Court to hold that the contested portions of the *Final Determination* are neither supported by substantial evidence nor in accordance with law. Consolidated Plaintiffs further move the Court to remand

2

the *Final Determination* to Commerce with instructions to issue a revised determination supported by substantial evidence and in accordance with law. In so doing, the Court should also instruct Commerce to recalculate the all-others rate to account for any changes to the dumping margin calculated for Plaintiffs.

                                          Respectfully submitted,

                                          /s/ Yujin K. McNamara
                                          Yujin K. McNamara
                                          Devin S. Sikes
                                          Paul S. Bettencourt
                                          AKIN GUMP STRAUSS HAUER & FELD LLP
                                          2001 K Street, NW
                                          Washington, DC 20006

Dated: May 30, 2023                    *Counsel to Confederación de Asociaciones Agrícolas del Estado de Sinaloa, A.C., Consejo Agrícola de Baja California, A.C., Asociación Mexicana de Horticultura Protegida, A.C., Asociación de Productores de Hortalizas del Yaqui y Mayo, and Sistema Producto Tomate*

## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

|  |  |
|---|---|
| BIOPARQUES DE OCCIDENTE, S.A. DE C.V.; AGRICOLA LA PRIMAVERA, S.A. DE C.V.; and KALIROY FRESH LLC, | : |
| Plaintiffs, | : |
| and | : |
| CONFEDERACION DE ASOCIACIONES AGRICOLAS DEL ESTADO DE SINALOA, A.C.; CONSEJO AGRICOLA DE BAJA CALIFORNIA, A.C.; ASOCIACION MEXICANA DE HORTICULTURA PROTEGIDA, A.C.; ASOCIACION DE PRODUCTORES DE HORTALIZAS DEL YAQUI Y MAYO; and SISTEMA PRODUCTO TOMATE, | : |
| Consolidated Plaintiffs, | : |
| v. | : Consol. Court No. 19-00204 |
| UNITED STATES, | : |
| Defendant, | : |
| and | : |
| THE FLORIDA TOMATO EXCHANGE, | : |
| Defendant-Intervenor. | : |

## **PROPOSED ORDER**

Upon consideration of Consolidated Plaintiffs' Amended Motion for Judgment on the Agency Record, as well as all other papers filed in Consol. Court No. 19-00204, it is hereby

**ORDERED** that Consolidated Plaintiffs' Amended Motion is **GRANTED**;

1

**ORDERED** that the U.S. Department of Commerce's ("Commerce") final determination in *Fresh Tomatoes from Mexico: Final Determination of Sales at Less Than Fair Value*, 84 Fed. Reg. 57,401 (Dep't of Commerce Oct. 25, 2019) is neither supported by substantial evidence on the record nor in accordance with law;

**ORDERED** that Commerce shall issue a revised determination on remand that is supported by substantial evidence, in accordance with law, and otherwise consistent with all aspects of the Court's order and opinion in this matter; and

**ORDERED** that, in reaching a revised determination on remand, Commerce shall recalculate the all-others rate to account for any changes in the dumping margin calculated for Plaintiffs Bioparques de Occidente, S.A. de C.V., Agricola la Primavera, S.A. de C.V., and Kaliroy Fresh, LLC.

Dated: _____
       New York, NY                                                     Jennifer Choe-Groves, Judge

## CERTIFICATE OF COMPLIANCE

I, Yujin K. McNamara, an attorney with Akin Gump Strauss Hauer & Feld LLP, certify that Consolidated Plaintiffs' Amended Rule 56.2 Motion for Judgment on the Agency Record contains 402 words (according to the word count feature of the Microsoft Word processing program) and therefore complies with the word count limitation set forth in Paragraph 2(B)(1)(a) of the Standard Chambers Procedures of the Court.

Dated: May 30, 2023

/s/ Yujin K. McNamara
Yujin K. McNamara
AKIN GUMP STRAUSS HAUER & FELD LLP

*Counsel to Confederación de Asociaciones Agrícolas del Estado de Sinaloa, A.C., Consejo Agrícola de Baja California, A.C., Asociación Mexicana de Horticultura Protegida, A.C., Asociación de Productores de Hortalizas del Yaqui y Mayo, and Sistema Producto Tomate*