# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | | |
|---|---|---|
| BIOPARQUES DE OCCIDENTE, S.A. DE C.V.; AGRICOLA LA PRIMAVERA, S.A. DE C.V.; and KALIROY FRESH LLC, | : | |
| Plaintiffs, | : | |
| and | : | |
| CONFEDERACION DE ASOCIACIONES AGRICOLAS DEL ESTADO DE SINALOA, A.C.; CONSEJO AGRICOLA DE BAJA CALIFORNIA, A.C.; ASOCIACION MEXICANA DE HORTICULTURA PROTEGIDA, A.C.; ASOCIACION DE PRODUCTORES DE HORTALIZAS DEL YAQUI Y MAYO; and SISTEMA PRODUCTO TOMATE, | : | |
| Consolidated Plaintiffs, | : | |
| v. | : | Consol. Court No. 19-00204 |
| UNITED STATES, | : | |
| Defendant, | : | |
| and | : | |
| THE FLORIDA TOMATO EXCHANGE, | : | |
| Defendant-Intervenor. | : | |

**CONSOLIDATED PLAINTIFFS' REPLY BRIEF IN SUPPORT OF ITS AMENDED RULE 56.2 MOTION FOR JUDGMENT ON THE AGENCY RECORD**

Consolidated Plaintiffs Confederación de Asociaciones Agrícolas del Estado de Sinaloa, A.C., Consejo Agrícola de Baja California, A.C., Asociación Mexicana de Horticultura Protegida, A.C., Asociación de Productores de Hortalizas del Yaqui y Mayo, and Sistema Producto Tomate ("Consolidated Plaintiffs") respectfully submit this reply brief in response to the response briefs

filed by Defendant United States and Defendant-Intervenor Florida Tomato Exchange on June 29, 2023. *See* Consol. Court No. 19-00204, ECF 93-94 (June 29, 2023).

Consolidated Plaintiffs challenge various aspects of the U.S. Department of Commerce's ("Commerce") final determination in *Fresh Tomatoes from Mexico: Final Determination of Sales at Less Than Fair Value*, 84 Fed. Reg. 57,401 (Dep't of Commerce Oct. 25, 2019) ("*Final Determination*"), and the accompanying Issues and Decision Memorandum. *See* Consol. Court No. 19-00204, ECF 92 (May 30, 2023). In challenging the *Final Determination*, Consolidated Plaintiffs incorporated by reference and adopted in full the arguments raised by Plaintiffs Bioparques de Occidente, S.A. de C.V., Agricola la Primavera, S.A. de C.V., and Kaliroy Fresh, LLC ("Plaintiffs") in Sections A, D, E, and F of their Motion for Judgment on the Agency Record. *See* Consol. Court No. 19-00204, ECF 82-83 (Dec. 20, 2022).

In its response brief, Defendant "agree{s} that Commerce would have to recalculate the all-others rate" if the Court accepts "any arguments that result in a recalculation of {Bioparques'} dumping margin." Consol. Court No. 19-00204, ECF 93 at 2 n.2 (June 29, 2023).

In a separate reply brief filed today, Plaintiffs respond to Defendant and Defendant-Intervenor's inadequate defenses of various procedural errors made by Commerce in the investigation leading to the *Final Determination*, as well as various dumping margin calculation errors made by Commerce in the *Final Determination*. Consolidated Plaintiffs take no position on the contentions raised in Sections B and C of the Argument section of Plaintiffs' reply brief. However, as for the remaining claims and requests for relief raised by Plaintiffs in their reply brief, Consolidated Plaintiffs hereby incorporate them by reference and adopt them in full. For the reasons provided in Plaintiffs' reply brief, Consolidated Plaintiffs respectfully request that the Court hold that the contested portions of the *Final Determination* are neither supported by

substantial evidence nor in accordance with law, and that the Court remand the *Final Determination* to Commerce with instructions to issue a revised determination that is supported by substantial evidence and in accordance with law. In so doing, the Court should also instruct Commerce to recalculate the all-others rate to account for any changes to the dumping margin calculated for Plaintiffs.

                                                        Respectfully submitted,

                                                       /s/ Yujin K. McNamara
                                                       Yujin K. McNamara
                                                       Devin S. Sikes
                                                       Paul S. Bettencourt
                                                       AKIN GUMP STRAUSS HAUER & FELD LLP
                                                       2001 K Street, NW
                                                       Washington, DC 20006

Dated: September 13, 2023              *Counsel to Confederación de Asociaciones Agrícolas del Estado de Sinaloa, A.C., Consejo Agrícola de Baja California, A.C., Asociación Mexicana de Horticultura Protegida, A.C., Asociación de Productores de Hortalizas del Yaqui y Mayo, and Sistema Producto Tomate*

# **CERTIFICATE OF COMPLIANCE**

I, Yujin K. McNamara, an attorney with Akin Gump Strauss Hauer & Feld LLP, certify that Consolidated Plaintiffs' Reply Brief in Support of its Amended Rule 56.2 Motion for Judgment on the Agency Record contains 419 words (according to the word count feature of the Microsoft Word processing program) and therefore complies with the word count limitation set forth in Paragraph 2(B)(1)(a) of the Standard Chambers Procedures of the Court.

Dated: September 13, 2023

/s/ Yujin K. McNamara
Yujin K. McNamara
AKIN GUMP STRAUSS HAUER & FELD LLP

*Counsel to Confederación de Asociaciones Agrícolas del Estado de Sinaloa, A.C., Consejo Agrícola de Baja California, A.C., Asociación Mexicana de Horticultura Protegida, A.C., Asociación de Productores de Hortalizas del Yaqui y Mayo, and Sistema Producto Tomate*